UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) |
| | ) Chapter 13 |
| **SONYA D. O'BRYANT,** | ) Case No. 10-18842 |
| Debtor | ) |

**EMERGENCY MOTION FOR
REINSTATEMENT OF AUTOMATIC STAY AND FOR
INTERIM ORDER FOR PRE-CONFIRMATION ADEQUATE PROTECTION PAYMENT
TO WELLS FARGO FINANCIAL MASSACHUSETTS, INC.**

1. On September 13, 2010, the Debtor filed a voluntary petition under Chapter 13.

2. On September 29, 2010, Debtor filed an Amended Plan providing for a 100% dividend to unsecured creditors.

3. The Amended Plan provides for modification of the secured auto claim of Wells Fargo Financial Massachusetts, Inc. ("Wells Fargo") with post-petition interest at five percent (5%) and pre-confirmation adequate protection payments directly to Wells Fargo pursuant to 11 U.S.C. 1326(a)(1)(C).

4. Debtor's payment of monthly plan payments in the amount of $752.84 plus monthly living expenses have left her unable to make adequate protection payments to Wells Fargo, as provided in the Chapter 13 Plan.

5. Debtor has made timely plan payments in the amount of $752.84 per month beginning on September 30, 2010 and monthly thereafter, and plan payments are currently being held by the Chapter 13 Trustee pending confirmation of the Debtor's Chapter 13 Plan.

6. On November 16, 2010, Wells Fargo filed a Motion for Relief from Stay on the grounds of Debtor's failure to make pre-confirmation adequate protection payments.

7. On December 3, 2010, this Court granted Wells Fargo's Motion for Relief and rendered inapplicable to the order the 14 day stay provided in Bankruptcy Rule 4001(a)(3).

8. The Debtor's motor vehicle is necessary for the Debtor's reorganization as it is needed for transportation to her job as an employee of the MBTA.

9. No creditor will be prejudiced by the granting of the within motion.

WHEREFORE, the Debtor requests this Court grant the following relief:

A. Reinstate the Automatic Stay as against Wells Fargo;

B. Enter an Interim Order providing for pre-confirmation adequate protection payments by the Chapter 13 Trustee to Wells Fargo in the sum of $300.00 per month, retroactive to September 30, 2010 and $300.00 from each plan payment received hereafter, until confirmation of the Debtor's Chapter 13 Plan; and

C. Grant such further relief as to this Court seems just and proper.

/s/Nicholas T. Nashawaty, Jr.
Nicholas T. Nashawaty, Jr.
BBO #367110
NASHAWATY & RAND
654 Washington Street
Braintree, MA 02184
781 848-8545

Dated: December 4, 2010

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re )
)
)  Chapter 13
**SONYA D. O'BRYANT,** )  Case No. 10-18842
)
Debtor )
)

## CERTIFICATE OF SERVICE

I, Nicholas T. Nashawaty, Jr., do hereby certify that I have, this day, served a copy of the Debtor's **EMERGENCY MOTION FOR REINSTATEMENT OF AUTOMATIC STAY and for INTERIM ORDER FOR ADEQUATE PROTECTION PAYMENT TO WELLS FARGO FINANCIAL MASSACHUSETTS, INC.** upon the following parties by CM/ECF

    John P. Fitzgerald, Assistant United Stated Trustee; and
    Carolyn A. Bankowski, Chapter 13 Trustee, Boston

And all parties participating in CM/ECF notification

AND by first class mail, postage prepaid, on all parties listed on the attached Certificate of Mailing.

    /s/*Nicholas T. Nashawaty, Jr.*
    Nicholas T. Nashawaty, Jr.
    BBO #367110
    NASHAWATY & RAND
    654 Washington Street
    Braintree, MA 02184
    781 848-8545

Dated: December 4, 2010

United States Bankruptcy Court
District of Massachusetts

| | |
|---|---|
| IN RE: | Case No. **10-18842** |
| O'Bryant, Sonya D. | Chapter **13** |
| Debtor(s) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
EMERGENCY MOTION FOR REINSTATEMENT OF AUTOMATIC STAY and for INTERIM ORDER FOR ADEQUATE PROTECTION PAYMENT TO WELLS FARGO FINANCIAL MASSACHUSETTS, INC.

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this __4th__ day of __December__, __2010__.

/s/ Nicholas T. Nashawaty, Jr.
Nicholas T. Nashawaty, Jr. 367110
Nashawaty & Rand
654 Washington Street
Braintree, MA  02184-5747
(781) 848-8545  Fax: (781) 848-2308
ntnlaw@aol.com

Discover Card
P.O. Box 15156
Wilmington, DE  19850-5156

Gary H. Kreppell, P.C.
For Arrow Financial Services, LLC
1661 Worcester Road, Ste. 401
Framingham, MA  01701

HSBC Bank Nevada, N.A.
Bass & Associates P.C.
3936 E. Ft. Lowell Rd., Ste. 200
Tucson, AZ  85712

Internal Revenue Service
Fresno Service Center
Fresno, CA  93888

Jefferson Capital Systems, LLC
P.O. Box 7999
St. Cloud, MN  56302-9617

Liberty Bay Credit Union
350 Granite St.
Braintree, MA  02184-3958

Liberty Bay Credit Union
350 Granite Street
Braintree, MA  02184

Mitchell J. Levine, Esq.
Nair & Levin, P.C.
707 Bloom Field Avenue
Bloomfield, CT  06002

Visa
Customer Service
P.O. Box 30495
Tampa, FL  33630

Wells Fargo Auto Finance
P.O. Box 29704
Phoenix, AZ  85038-9704

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only